**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERARDO GUILLEN,** | ) Case No. 2:10-CV-07636-AHM-PJW |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
|  | ) **DISMISSAL WITH PREJUDICE** |
| **ENHANCED RECOVERY COMPANY, LLC,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 2nd day of February, 2011.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Notice of Dismissal - 1

1  Filed electronically on this 2nd day of February, 2011, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5  Notification sent on this 2nd day of February, 2011, via the ECF system to:
6
7  Honorable A. Howard Matz
   Judge of the United States District Court
8  Central District of California

9
10 Copy sent via mail on this 2nd day of February, 2011, to:

11 Ginny L. Walker
12 Director of Compliance and Administration
   Enhanced Recovery Company, LLC
13 8014 Bayberry Rd.
14 Jacksonville, FL 32256

15

16
17 By: s/Todd M. Friedman
        Todd M. Friedman
18

19

20

21

22

23

24

25

26

27

28